# BILL OF LADING

SENDER USE ONLY

FROM: (PLEASE PRINT)        PHONE ( )

NOTARY DARRELKEITH BOLES
ON BEHALF OF RAL TRUST.
55 WALKER RD. # 2556
LEBANON, OREGON
97355

EL 343333675 US

UNITED STATES POSTAL SERVICE®

PRIORITY
★ MAIL ★
EXPRESS™

BILLED TO ACCOUNT OR PERMIT HOLDER (USPS USE ONLY)
USPS Corporate Acct. No.        Federal Agency Acct. No. or Postal Service™ Acct. No.

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)        PHONE ( )

EXECUTIVE OFFICE OF US GOVERNMENT
ATTN: PRESIDENT
DONALD J TRUMP
1600 PENNSYLVANIA AVE N.W
WASHINGTON DC
ZIP + 4® (U.S. ADDRESSES ONLY)
20500-____

For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
$100.00 insurance included.

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 10:30 AM ☐ 3:00 PM ☐ 12 NOON | Insurance Fee $ | COD Fee |
| Time Accepted ☐ AM ☐ PM | 10:30 AM Delivery Fee $ | Return Receipt Fee | Live Animal Transportation Fee |
| Weight ☐ Flat Rate | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| lbs. ozs. | Acceptance Employee Initials | $ | |

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM    Employee Signature
Delivery Attempt (MM/DD/YY)  Time  ☐ AM ☐ PM    Employee Signature

LABEL 11-B, SEPTEMBER 2016    PSN 7690-02-000-9996    2-CUSTOMER COPY

## VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**Sender/Consigner:** Notary, as "Presentment Agent" and witness for private non Citizen, national.

**Shipper:** US POST OFFICE PRIORITY ★ MAIL ★ EXPRESS # EL 343333675 US

**Recipient/Consignee: Executive Office of the U.S. Government, President Donald J. Trump**
all agents, officers, officials, representatives, personnel, employees, parties acting in concert therewith as vessels of the U.S. and responsible parties under fiduciary duty to uphold all obligations and oaths of office, duly accepted by consignor;

**Cargo Manifest:** This Bill of Lading with authentication and certificate of service thereof, with cargo contained herein, annexed hereto and by this reference made a part hereof as though fully set forth herein and itemized hereunder as follows:

| | | |
|---|---|---|
| 1. | NOTE VERBALE | 01 page |
| 2. | State of Oregon Apostiled Notice of Arrival of Head of Mission | 02 pages |
| 3. | Airline itinerary | 01 page |
| 4. | Copy of PASSPORT CONFIRMATION | 02 page |
| 5. | Declaration of Service of Process by Notary | 01 pages |

### TOTAL PAGES: 7

**Applicable Law:** All delegated powers of office mandating fiduciary duty to uphold public trust on behalf of government and people [63C Am.Jur.2d §247]; USA Full Faith and Credit. 12 Stat Chapter 115, Sections 1738, 1739; International Universal Postal Union Regulations and Treaties; all General Admiralty Laws, E.G., suits in Admiralty act, Bills of Lading Act, Admiralty Extension Act, Foreign Sovereign Immunities Act, Public Vessels Act, [28 USC 1333, 1337, 2461, 2463], 5 Stat. 516, Ch. 188, & all Accepted Oaths, Contracts of Employment, Bonds, Underwriting of Office; all applicable Mission Statements, tax laws, and Delegated Powers; 25 CFR 11.432 Impersonating a Public Servant.

1 of 2

Q 7l

**THIS BILL OF LADING CONSTITUTES**

1) Notice of liabilities, criminal penalties, waiver of immunity, consent to be liened in personal and official capacities for non-acceptance, delay, tampering, non-delivery, or non-compliance with all fiduciary duties and applicable law;

2) Receipt evidencing shipment of goods on board in good order, good condition pursuant to contractual and fiduciary assignment in trust;

3) Document of title, right of possession, key to the warehouse;

4) Evidence of contract of carriage.

*seal>*

Executed and Acknowledged on this

_28_ day of 6th Month, 2019 A.D.

OFFICIAL STAMP
DARRELL KEITH BOLES
NOTARY PUBLIC OREGON
COMMISSION NO. 951394A
MY COMMISSION EXPIRES JUNE 08, 2020

State of Oregon          )
                         ) s.a.
County of Multnomah      )

DARRELL KEITH BOLES, Notary in and for the
State of Oregon and the County of Multnomah



## SPACE BELOW RESERVED FOR COUNTY USE

Q 12

# BILL OF LADING

**FROM:** (PLEASE PRINT)  PHONE (

NOTARY DARRELL KEITH BOLES
ON BEHALF OF RAL TRUST.
55 WALKER RD # 2556
LEBANON, OREGON
97355

EL 343333689 US

UNITED STATES POSTAL SERVICE

PRIORITY ★ MAIL ★ EXPRESS™

**TO:** (PLEASE PRINT)  PHONE (

U.S. DEPT OF STATE. ATTN:
Secretary of State,
MICHAEL POMPEO
2201 C Street N.W.
WASHINGTON, D.C.
ZIP + 4® (U.S. ADDRESSES ONLY)
2 0 5 2 0 - ___ ___ ___

## VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**Sender/Consigner:** Notary, as "Presentment Agent" and witness for private non Citizen, national.

**Shipper:** US POST OFFICE PRIORITY * MAIL * EXPRESS # EL 343333689 US

**Recipient/Consignee:** U.S. Department of State, Secretary of State, Michael Pompeo all agents, officers, officials, representatives, personnel, employees, parties acting in concert therewith as vessels of the U.S. and responsible parties under fiduciary duty to uphold all obligations and oaths of office, duly accepted by consignor;

**Cargo Manifest:** This Bill of Lading with authentication and certificate of service thereof, with cargo contained herein, annexed hereto and by this reference made a part hereof as though fully set forth herein and itemized hereunder as follows:

| | | |
|---|---|---|
| 1. | NOTE VERBALE | 01 page |
| 2. | State of Oregon Apostiled Notice of Arrival of Head of Mission | 02 pages |
| 3. | Airline Itinerary | 01 page |
| 4. | Copy of PASSPORT CONFIRMATION | 02 page |
| 5. | Declaration of Service of Process by Notary | 01 pages |

### TOTAL PAGES: 7

**Applicable Law:** All delegated powers of office mandating fiduciary duty to uphold public trust on behalf of government and people [63 C. Am. Jur. 2d § 247]; USA Full Faith and Credit. 12 Stat. Chapter 115, Sections 1738, 1739; International Universal Postal Union Regulations and Treaties; all General Admiralty Laws, E.G., suits in Admiralty act, Bills of Lading Act, Admiralty Extension Act, Foreign Sovereign Immunities Act, Public Vessels Act, [28 USC 1333, 1337, 2461, 2463], 5 Stat. 516, Ch. 188, §; all Accepted Oaths, Contracts of Employment, Bonds, Underwriting of Office; all applicable Mission Statements, tax laws, and Delegated Powers; 25 CFR 11.432 Impersonating a Public Servant.

1 of 2

**THIS BILL OF LADING CONSTITUTES**
1) Notice of liabilities, criminal penalties, waiver of immunity, consent to be liened in personal and official capacities for non-acceptance, delay, tampering, non-delivery, or non-compliance with all fiduciary duties and applicable law;
2) Receipt evidencing shipment of goods on board in good order, good condition pursuant to contractual and fiduciary assignment in trust;
3) Document of title, right of possession, key to the warehouse;
4) Evidence of contract of carriage.

*seal>*



OFFICIAL STAMP
DARRELL KEITH BOLES
NOTARY PUBLIC OREGON
COMMISSION NO. 951394A
MY COMMISSION EXPIRES JUNE 08, 2020

Executed and Acknowledged on this

___26___ day of 6th Month, 2019 A.D.

State of Oregon     )
                  ) s.a.
County of Multnomah   )

DARRELL KEITH BOLES, Notary in and for the
State of Oregon and the County of Multnomah

**SPACE BELOW RESERVED FOR COUNTY USE**

## BILL OF LADING

FROM: (PLEASE PRINT)
NOTARY DARKELL KEITH BOLES
ON BEHALF OF RAL TRUST
55 WALKER RD. # 2556
LEBANNON OREGON
97355.

PHONE ( )

EL 343333692 US

**UNITED STATES POSTAL SERVICE**

**PRIORITY ★ MAIL ★ EXPRESS™**

TO: (PLEASE PRINT)    PHONE ( )
US BUREAU OF CONSULAR AFFAIRS.
ATTN: CARL RISCH
ASST SEC OF STATE FOR CON AFFAIRS
2201 C STREET N.W.
WASHINGTON, D.C

ZIP + 4® (U.S. ADDRESSES ONLY)
2 0 5 2 0 -

### VERIFIED ACKNOWLEDGED AUTHENTICATED BILL OF LADING UNDER SEAL

**Sender/Consigner:** Notary, as "Presentment Agent" and witness for private non Citizen, national.

**Shipper:** US POST OFFICE PRIORITY ★ MAIL ★ EXPRESS # EL 343333692 US

**Recipient/Consignee: U.S. Bureau of Consular Affairs, ATTN: Carl Risch**
all agents, officers, officials, representatives, personnel, employees, parties acting in concert therewith as vessels of the U.S. and responsible parties under fiduciary duty to uphold all obligations and oaths of office, duly accepted by consignor;

**Cargo Manifest:** This Bill of Lading with authentication and certificate of service thereof, with cargo contained herein, annexed hereto and by this reference made a part hereof as though fully set forth herein and itemized hereunder as follows:

| | | |
|---|---|---|
| 1. | NOTE VERBALE | 01 page |
| 2. | State of Oregon Apostiled Notice of Arrival of Head of Mission | 02 pages |
| 3. | Airline Itinerary | 01 page |
| 4. | Copy of PASSPORT CONFIRMATION | 02 page |
| 5. | Declaration of Service of Process by Notary | 01 pages |

### TOTAL PAGES: 7

**Applicable Law:** All delegated powers of office mandating fiduciary duty to uphold public trust on behalf of government and people [63C Am.Jur.2d §247]; USA Full Faith and Credit. 12 Stat. Chapter 115, Sections 1738, 1739; International Universal Postal Union Regulations and Treaties; all General Admiralty Laws, E.G., suits in Admiralty act, Bills of Lading Act, Admiralty Extension Act, Foreign Sovereign Immunities Act, Public Vessels Act, [28 USC 1333, 1337, 2461, 2463], 5 Stat. 516, Ch. 188, §; all Accepted Oaths, Contracts of Employment, Bonds, Underwriting of Office; all applicable Mission Statements, tax laws, and Delegated Powers; 25 CFR 11.432 Impersonating a Public Servant.

1 of 2

**THIS BILL OF LADING CONSTITUTES**

1) Notice of liabilities, criminal penalties, waiver of immunity, consent to be liened in personal and official capacities for non-acceptance, delay, tampering, non-delivery, or non-compliance with all fiduciary duties and applicable law;
2) Receipt evidencing shipment of goods on board in good order, good condition pursuant to contractual and fiduciary assignment in trust;
3) Document of title, right of possession, key to the warehouse;
4) Evidence of contract of carriage.

*seal>*     |

OFFICIAL STAMP
DARRELL KEITH BOLES
NOTARY PUBLIC OREGON
COMMISSION NO. 951394A
MY COMMISSION EXPIRES JUNE 08, 2020

Executed and Acknowledged on this

_____ day of 6th Month, 2019 A.D.

State of Oregon          )
                         ) s.a.
County of Multnomah      )

DARRELL KEITH BOLES, Notary in and for the
State of Oregon and the County of Multnomah

**SPACE BELOW RESERVED FOR COUNTY USE**

## NOTE VERBALE

The ROBERT ANDREW LUND presents its compliments to the Secretary of State of the UNITED STATES, and has the honor to request the completion of the passport application the following person:

Name in Full:              Lund, Robert-Andrew
                           U.S. Passport Confirmation Number: 76818046
                           Date: 1 July 2019, Time: 10:00 A.M.
                           Washington Passport Agency
                           600 19th Street, N.W. First Floor
                           Washington D.C.
                           See attached copy of:
                           State of Oregon Apostiled
                           Notice of Arrival of Head of Mission


Purpose of Entry:          Permanent Succession of the former head of mission.

Date of Arrival:           Monday June 1, 2019


The ROBERT ANDREW LUND expresses beforehand its gratitude to the Secretary of State of the UNITED STATES for its kind assistance and avails itself of this opportunity to renew the assurances of its highest consideration.

Portland, Oregon state, ___28___ day of June, 2019 A.D.


_Robert Andrew Lund C.S._
sole agent under power of attorney


Mission Seal>>>>                    

State of Oregon
Secretary of State



## APOSTILLE
### (Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. Country:** <br> Pays / Pais: | **United States of America** |
| **This public document** <br> Le présent acte public / El presente documento público | |
| **2. has been signed by** <br> a étté signé par <br> ha sido firmado por | **DARRELL KEITH BOLES** |
| **3. acting in the capacity of** <br> agissant en qualité de <br> quien actúa en calidad de | Notary Public |
| **4. bears the seal / stamp of** <br> est revêtu du sceau / timbre de <br> y está revestido del sello / timbre de | **the said notary** |
| **Certified** <br> Attesté / Certificado | |

| | | | |
|---|---|---|---|
| **5. at** <br> à / en | Salem, Oregon | **6. the** <br> le / el <br> dia | June 25, 2019 |

| | |
|---|---|
| **7. by** <br> par / por | **Secretary of State, State of Oregon** |
| **8. Nº** <br> sous nº <br> bajo el número | 463S777X2 |

| | | |
|---|---|---|
| **9. Seal / Stamp** <br> Sceau / timbre: <br> Sello / timbre: | | **10. Signature:** <br> Signature: <br> Firma: <br><br> *Bev Clarno* |

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.

This Apostille does not certify the content of the document for which it was issued.

This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.

To verify the issuance of this Apostille, call (503) 986-2200 or email CorporationDivision.SOS@oregon.gov
This certificate does not constitute an apostille under the Convention of 5 October 1961 Abolishing the Requirement of Legalisation for Foreign Public Documents for those countries that have neither ratified nor acceded to that Convention, and remains subject to additional applicable authentication requirements.



| ROBERT ANDREW LUND | § | |
|---|---|---|
| Sending State, | § | |
| To | § | Notice of Arrival of Head of Mission |
| STATE OF OREGON, | § | Under the Authority of the New Covenant |
| Receiving State | § | Revelation 3:7-13 |

KNOW ALL MEN AND WOMEN BY THESE PRESENTS, that I, the undersigned ROBERT ANDREW LUND, Before the below listed officer of the receiving state to wit; Being first duly affirmed, notices the Receiving State to wit, of the following:

1.  The ROBERT ANDREW LUND, an international organization, organized and existing under the authority of the New Covenant at Hebrews 9:16, presents its compliments to the Secretary of the STATE OF OREGON in the UNITED STATES, and is pleased to announce the arrival of the head of mission.
2.  The head of mission is Ambassador: LUND, ROBERT ANDREW; U.S. Passport Number: 506024528, issued on 9th October 2014, by the U.S DEPARTMENT OF STATE, in the Receiving State on the State of Oregon, bearing a Tourist Visa endorsement for coast-wide entry into the waters navigable in fact in the UNITED STATES.
3.  The head of mission is a citizen of the Kingdom of Heaven. Residing in the house my Father prepared for me. (Hebrews 9-24, John 14:2).
4.  The primary purpose of entry is to execute and perpetuate the Will of the Father, without court supervision, intervention or mediation of any kind, in accord with the Ministry of Reconciliation at 2 Corinthians 5:11-21.
5.  The head of mission shall also take on the duties of Minister (Political), Attaché (Agriculture) and Third Secretary (Commercial).
6.  The temporary location of the duty office is: Lebanon, Oregon state.
    The mailing address for the mission is: 55 Walker Rd., #2ϟ5ϟϗ Lebanon, OR 97355
7.  The duration of the mission is permanent. The duties of the head of the mission are permanent.
8.  The mission, the head of mission, its members and family, though not a party to the Vienna Convention on Diplomatic Relations of 1961, hereby accepts the extension of all the privileges, immunities and exemptions thereof by the Receiving State at [P.L. 95-393, Section 2, Sept. 30, 1978;U.S.C. 254a(3)].
9.  That this Notice of Arrival is hereby ratified by the Sending State, acknowledged by the Receiving State, taken before the below listed officer thereof, under the authority of Divine Law and shall be recognized by the Receiving State in accordance with the common law of the Receiving State at [(383 U.S. 163)"The Bible is law to be applied nationally"].

The ROBERT ANDREW LUND, expresses its gratitude and peace to the Secretary of the STATE OF OREGON in the UNITED STATES for its kind assistance and avails itself of this opportunity to renew assurances of its highest consideration.
Multnomah County, Oregon state. This 24th day of 6th month, 2019 A.D., Nunc Pro Tunc

*Robert Andrew Lund C. S*     Mission Seal
by the Grace of God Almighty

---

*"A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."*

## CERTIFICATE OF ACKNOWLEDGMENT

**State of Oregon**  )
) ss.
**County of Multnomah**  )

This 24th day of 6th month, 2019 A.D. before me,
<u>DARRELL KEITH BOLES</u>, Notary Public,
personally appeared <u>ROBERT ANDREW LUND</u>
who signed and duly affirmed the above.

PRINT, NOTARY: <u>DARRELL KEITH BOLES</u>
WITNESS my hand and official seal

Signature _____, Notary Public. Seal>>>



OFFICIAL STAMP
DARRELL KEITH BOLES
NOTARY PUBLIC OREGON
COMMISSION NO. 951394A
MY COMMISSION EXPIRES JUNE 08, 2020

Initials _____





Confirmation code:                                    VGVTFF

You're all set. Thank you for booking with Alaska and we look forward to seeing you on board.

View full details about your flight reservation and fare.

| Flight | Departs | Arrives | Class | Traveler(s) | Seat(s) |
|---|---|---|---|---|---|
| Alaska 764<br>Boeing 737-800 | Portland, OR ( PDX)<br>Sun, Jun 30<br>9:45 am | Washington, DC-Reagan<br>National ( DCA)<br>Sun, Jun 30<br>5:50 pm | H<br>(Coach) | Robert Lund | |

 



# Online Passport Appointment System

## Your appointment is confirmed!

The details of your appointment are below. Please bring the confirmation number with you to the passport agency. An appointment confirmation email was sent to docbob333777@gmail.com.

## Contact Details

Email: docbob333777@gmail.com

Phone Number: 541-401-4013

8/27/19, 8:33 PM

# Appointment Details

**Confirmation Number:** 76818046

**Date:** Monday, July 1, 2019

**Time:** 10:00 AM

**Passport Location:**

Washington Passport Agency

600 19th Street, N.W.First Floor

Sidewalk Level

Washington, DC

Driving Directions

Check here for information on what to bring to your appointment

To find information on forms, fees, and required documents, please visit travel.state.gov/passport



## Declaration of Copy Certification and Service of Process by Notary

State of Oregon          )
                         ) s.a.
County of Multnomah      )

On this, 28th day of June, 2019 A.D., I, Notary DARRELL KEITH BOLES, declare under penalty of perjury under the Laws of the United States of America certify that the annexed document(s) listed below, totaling 5 pages, are either original documents, certified copies or true exact and unaltered Photocopies of the original document(s). I have submitted these documents to the following trustees/parties by mailing to the addresses listed below.

Executive Office of the United States Government          EL 343333675 US
Attn: President Donald J. Trump
1600 Pennsylvania Ave N.W.
Washington, D.C. 20500

U.S. Department of State          EL 343333689 US
Attn: Secretary of State Michael Pompeo
2201 C Street N.W.
Washington, D.C. 20520

U.S. Bureau of Consular Affairs          EL 343333692 US
Attn: Carl Risch, Asst Sec of State for Consular Affairs
2201 C. Street, N.W.
Washington, D.C. 20520

### List of Documents Annexed to this Certification

| | | |
|---|---|---|
| 1. | NOTE VERBALE | 01 page |
| 2. | State of Oregon Apostiled Notice of Arrival of Head of Mission | 02 pages |
| 3. | Alaska Airline itinerary | 01 page |
| 4. | Copy of PASSPORT APPOINTMENT CONFIRMATION | 02 page |

**PAGES: 6**

Declaration of Copy Certification and Service of Process by Notary for 1 pages:
**TOTAL PAGES: 7**

State of Oregon          )
                         ) s.a.
County of Multnomah      )

Presented to me Notary, DARRELL KEITH BOLES by Document Custodian

**Robert Andrew Lund, C.S.**

I, Notary DARRELL KEITH BOLES, subscribe and affirm the facts contained herein Executed and Acknowledged on this

___ day of June, 2019 A.D.

DARRELL KEITH BOLES, a Notary Public          seal>

OFFICIAL STAMP
DARRELL KEITH BOLES
NOTARY PUBLIC OREGON
COMMISSION NO. 951394A
MY COMMISSION EXPIRES JUNE 08, 2020

1 of 1